DR. JOSEPH E. GRODJESK v. THERESA FAGHANI.

May 6, 1985.

Motion of the State Board of Dentistry for leave to appeal is granted. (See 198 *N.J.Super.* 449)

MARY KATE GALIASTRO v. JOSEPH M. KEATING, M.D.

May 6, 1985.

Motion for leave to appeal is granted and the matter is summarily reversed and remanded to the trial court for appropriate amendment to the pretrial order.

Jurisdiction is not retained

VIRGINIA BUBULKA v. TRUESDALE
CONSTRUCTION COMPANY, INC.

May 7, 1985.

Petition for certification denied.

BRIAN FLYNN v. THOMAS JOOST, JR.

May 7, 1985.

Petition for certification denied.